THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TER-
MINAL RAILWAY OF BUFFALO et al., Appellants, *v.* THE
BOARD OF RAILROAD COMMISSIONERS OF THE STATE OF NEW
YORK et al., Respondents.

*People ex rel. Terminal R. Co.* v. *R. R. Comrs.*, 53 App. Div. 61, affirmed.
(Argued October 1, 1900; decided October 16, 1900.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered July
6, 1900, confirming a determination of the Board of Railroad
Commissioners granting to the Lehigh and Lake Erie Railroad
Company a certificate that public convenience and a necessity
require the construction of that company's proposed railroad.

*Ira A. Place* and *Samuel E. Williamson* for appellants.

*Wilson. S. Bissell* and *Frank H. Platt* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
MARTIN, VANN and LANDON, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK
O'BRIEN, Appellant, *v.* JOHN J. SCANNELL, as Fire Com-
missioner of the City of New York, Respondent.

*People ex rel. O'Brien* v. *Scannell*, 53 App. Div. 161, affirmed.
(Argued October 2, 1900; decided October 16, 1900.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, made July 17,
1900, affirming an order of Special Term denying a motion
for a writ of mandamus commanding the defendant to rein-
state the relator in the position of foreman in the fire depart-
ment of the city of New York.

*Samuel H. Ordway* for appellant.

*John Whalen, Corporation Counsel* (*Theodore Connoly* of
counsel), for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN
and LANDON, JJ. Dissenting: BARTLETT, J.